UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Lyonal Lewis Bey )
)
)
    Plaintiff )
) 16cv5777
) JUDGE LEINENWEBER
) MAG. JUDGE FINNEGAN
v. )
Kinyana Murdock, Sophia H. Hall, )
Chicago Housing Authority, )
City of Chicago, )
Chicago Police Department )
    Defendants )

### AFFIDAVIT OF TRUTH AND PROOF OF CLAIM FOR DAMAGES

For his claim, Your Plaintiff/Affiant Comes Now, Lyonal Lewis Bey, being competent to testify and over the age of 21, after first being duly sworn according to the law to tell the truth to the facts related herein states that he has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

### STATEMENT OF FACTS

1. On August 4, 2015 at the location of 4250 S. Princeton (the Minnie Rippleton Apartment Complex where Your Plaintiff/Affiant resides) Your Plaintiff/Affiant went into the office of one of the defendants/respondents (Kinyana Murdock who is an employee of Chicago Housing Authority and manager of the premises) to inform her that due to scheduling conflict with regards to his appointments that he would have to reschedule his meeting with Mr. Cline.

2. The respondent (Kinyana Murdock) became visibly upset while violently approaching Your Plaintiff/Affiant and directing her rage verbally towards Your Plaintiff/Affiant for his refusal to acquiesce to her authority as per her position as property manager.

3. Your Plaintiff/Affiant's response was to immediately leave the premises to tend to the business that he had scheduled for that day leaving the defendant/respondent to fume and the time to plan a devious act that would play out later after Your Plaintiff/Affiants' return.

4. Upon returning to his unit after being at home for about an hour three European uniformed males armed knocked on Your Plaintiff/Affiant's door and Your Plaintiff/Affiant answered opening the door.

5. Your Plaintiff/Affiant had been informed that he was accused of assaulting the defendant/respondent earlier in the day and that they were there to place him under arrest and take him to jail (Illinois v. Lewis, Lyonal see Exhibit 1).

6. Your Plaintiff/Affiant was placed in handcuffs and put under arrest and forced to face the public humiliation of being paraded around like a common criminal before neigbhors' only for the defendant/respondent to go on ego/power trip to prove a point albeit maliciously fraudulent.

7. Your Plaintiff/Affiant was released five hours later and forced to walk 2-3 miles home after midnight after being falsely arrested and detained for a crime that he was falsely accused of.

8. As per court case # 15-I91078 (15-191078) Your Plaintiff/Affiant first went to court on 9/27/2015 and was offered a plea bargain which he rejected initially causing the court to continue the matter to 10/15/2915 at which time was dismissed in favor of Your Plaintiff/Affiant due in part to the no-show of the defendant/respondent.

9. Your Plaintiff/Affiant would go on to file a lawsuit in the Case # 15 CH 16402 at the Circuit court of Cook county on 11/9/2015 with the defendant/respondent (Sophia H. Hall) being assigned to said case as the presiding judge.

10. Your Plaintiff's/Affiants' presents into evidence PLAINTIFF'S ' OBJECTION TO THE COURTS' ORDER GRANTING DEFENDANTS' UNTIMELY 3/8/2016 MOTION TO VACATE DEFAULT ORDERS; PLAINTIFFS MOTION FOR DEFAULT JUDGMENT (EXHIBIT 2) and the attached Memorandum as proof of the Plaintiff/Affiant's diligent attempt to prosecute on the state level that were stymied by the respondent/defendant (Sophia Hall) working in concert with the co-defendants as part of a conspiracy against Your Plaintiff/Affiant and his constitutional rights.

11. The defendant/respondent (Sophia Hall) has proven her bias by utilizing her discretion to aid the defendants in the aforementioned case unfairly against Your Plaintiff/Affiant to the point of granting an exparte DWP (Dismissal For Want of Prosecution Order (Exhibit 3) dated 4/1/2016 on behalf of defendants that never bothered to file a timely appearance or response.

12 Your Plaintiff/Affiant demands that restitution be made for all of the slanderous acts of the defendant/respondent (Kinyana Murdock) and that all parties (Sophia Hall, etc) involved be held accountable and responsible for their negligence in this matter which can also be construed as a violation of due process, in such matters, for the courts, for personal damages, such as fraud, defamation and unlawful claims and prays that this court grants an award of $20,000,000.00 to compensate Your Plaintiff/Affiant (the aggrieved party) for the aforementioned actions of the defendants/respondents.

13. Your Plaintiff/Affiant also request for the court to put and injunction against the defendants/respondents barring them from any of the aforementioned infractions or any other

action brought unjustly, a judgment for lawyer fees, court cost, cost and expenses, and such other relief as the court deems just.

Further Plaintiff/Affiant sayeth not.

*Lyonal Lewis Bey*                                         6/1/16

Lyonal Lewis Bey                                         Date

Jurat

State of Illinois )

                 )SS

County of Cook )

Subscribed to and sworn to (or affirmed) before me on this ___day of _____, 2016 by Lyonal Lewis Bey, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____

Notary Public      (Seal)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

| | |
|---|---|
| Lyonal M. Lewis Bey (Executor) | ) |
| Plaintiff/Affiant | ) |
| Vs. | ) |
| CHICAGO HOUSING AUTHORITY, | ) |
| CHICAGO POLICE DEPARTMENT, | ) |
| Vivian Murdock | ) |
| Defendants/Respondents | ) |

### COMPLAINT IN LAW IN THE FORM OF AN AFFIDAVIT

For his complaint, the Plaintiff/Your Affiant comes now, Lyonal M. Lewis Bey, Your Affiant, being competent to testify and being over the age of 21, after first being duly sworn according to law to tell the truth to the facts related herein states that he has firsthand knowledge of the facts stated herein and believes these fact to be true to the best of his knowledge.

1. On August 4, 2015 at the location of 4250 S. Princeton the Minnie Rippleton Apt Complex (where Your Affiant resides) Your Affiant went into the office of the defendant/respondent (Vivian Murdock who is an employee of the CHICAGO HOUSING AUTHORITY and manager of the premises) to inform her that due to scheduling conflicts with regards to his appointments that he would have to reschedule his meeting with Mr. Cline.
2. The defendant/respondent while becoming visibly upset while approaching Your Affiant violently and verbally directing her rage to Your Affiant refusal to acquiesce to her authority as per her position as the property manager.
3. Your Affiants response was to immediately leave the premises to tend to the business that he had scheduled for that day leaving the defendant/respondent to fume and the time to plan a devious act that would play out later on after Your Affiants return.
4. Upon returning to his unit after being home for about an hour three European armed individuals knock on Your Affiants' door and Your Affiant answered opening the door.
5. Your Affiant had been informed that he was accused of assaulting the defendant/respondent earlier in the day and that they were there to place him under arrest and take him to jail (Illinois v Lewis, Lyonal see Exhibit 1).
6. Your Affiant was placed in handcuffs and put under arrest and forced to face the public humiliation of being paraded around like a common criminal before my neighbors' only for the defendant/respondent to go on an ego/power trip to prove a point albeit maliciously fraudulent.

7. Your Affiant was released five hours later and forced to walk 2-3 miles home after midnight after being falsely arrested and detained for a crime that he was falsely accused of.

8. As per court case # 15-I91078 (or 15-191078) Your Affiant first went to court on 9/27/2015 and was offered a plea bargain which he rejected initially causing the court to continue the matter to 10/5/2015 at which time was dismissed in favor of Your Affiant due in part to the no-show of the defendant/respondent.

9. Your Affiant demands that restitution be made for the slanderous acts of the defendant/respondent and that all parties involved be held responsible for their negligence in this matter which also can be construed as a violation of Due Process, in such matters, for the courts, for personal damages, such as fraud, defamation, and unlawful claims, Your Affiant gives the respondents/defendants the standard 21 days to respond to this affidavit point for point with silence or no proper response verifiable by this court constituting an agreement by the respondents/defendants to compensate the aggrieved party for Money damages of $20,000,000.00 for the actions of the respondents/defendants.

WHEREFORE, THE PLAINTIFF/AFFIANT, Lyonal M Lewis Bey REQUEST:

1. For a restraining order/injunction to be put in place against the Defendant/Respondent barring them from further slandering Your Affiants' good name.
2. A judgment for lawyer fees, court cost, cost and expenses.
3. Such other and further relief as the court deems just.

Further Affiant sayeth naught.

_____  
Lyonal M. Lewis Bey

11/9/15  
Date

Jurat

State of Illinois

County of Cook

Subscribed to and sworn to (of affirmed) before me on this ____ day of _____, 2015 By Lyonal M. Lewis Bey, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____  
Notary Public

(Seal)

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

...LE OF THE STATE OF ILLINOIS

v.

Lewis, Lyonal

**Defendant**

Case No. 15-1910?8

## ORDER FOR SPECIAL CONDITIONS OF BAIL

IT IS HEREBY ORDERED THAT, in the event the Defendant is admitted to bail, he or she shall comply with the special conditions of bail as set forth below:

- ☐ Report to Pretrial Services Unit of the Adult Probation Department and comply with ongoing reporting requirements as determined by Pretrial Services or as specified below: _____

  - Pay up to $50.00 monthly pretrial supervision fee in accordance with the guidelines of the Adult Probation Department's Pretrial Supervision Fees Instructions.
  - Submit address verification to Pretrial Services at the first office visit.

- ☐ Participate in Pretrial Services Drug Monitoring Program
- ☐ Attend counseling as arranged by Pretrial Services _____
- ☐ Undergo drug and/or alcohol assessment
- ☐ Participate in a recommended substance abuse program
- ☐ Report to drug treatment facility for inpatient detoxification/treatment
- ☐ Refrain from indulging in intoxicating liquor, illegal drugs or the following drugs: _____
- ☐ Undergo medical or psychiatric treatment.
- ☐ Remain at the address: _____ during the curfew hours of: _____
- ☐ Remain in the custody of the designated person or organization agreeing to supervise the release of the defendant _____
- ☑ Surrender his or her Firearm Owner's Identification Card to the Clerk of the Circuit Court within 48 hours following release.
- ☑ Surrender all firearms in his or her possession immediately to the following law enforcement agency: _____
- ☑ Do not possess any firearm or dangerous weapon
- ☑ Do not contact the victim/complainant _____ witness(es) or members of their family(ies): _____
- ☑ Refrain from contacting the victim/complainant for 72 hours following release.

- ☑ Do not enter the premises or the area: _____
- ☐ Refrain from entering the victim's/complainant's residence for 72 hours following release.
- ☐ Vacate the residence located at: _____ until further order of court.
- ☐ Make payment of temporary child support to his or her dependents.
- ☐ Refrain from contact or communication with child victim as ordered by court.
- ☐ Minor to reside with parents or in foster home, attend school, attend non-residential youth program, contribute to own support (Strike those not applicable.)
- ☐ Be placed in a pretrial bond home supervision capacity with an approved electronic monitoring device.
- ☐ GPS monitoring.
- ☐ Report to Adult Probation and comply with GPS requirements in addition to those specified below: _____
- ☐ Surrender his or her passport prior to being admitted to bail.
- ☐ Other as specified: _____

**FILED AUG 25 2015 DOROTHY BROWN CLERK OF CIRCUIT COURT**

**VIOLATIONS OF THE CONDITIONS OF BAIL MAY RESULT IN ARREST, INCREASE IN BAIL OR REVOCATION OF BAIL.**

ENTERED:

Dated: _____

_____ Judge    _____ Judge No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Copy Distribution - White: 1. ORIGINAL - COURT FILE   Pink: 2. JAIL COPY ATTACH TO MITTIMUS
Canary: 3. DEFENDANT'S COPY   Green: STATE'S ATTORNEY COPY   Gold: 5. VICTIM'S/COMPLAINANT'S COPY

FILED-CH

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

2016 APR -4 PM 1:57

Lyonal Lewis Bey )
    Plaintiff, )
                                        )          CLERK
                                        DOROTHY BROWN
V. )     Case No. 15 CH 16402
                                        )
                                        )
CHICAGO HOUSING )
AUTHORITY, ET AL. )
                                        )
    Defendants. )

<u>PLAINTIFFS' OBJECTION TO THE COURTS' ORDER GRANTING DEFENDANTS' UNTIMELY 3/8/2016 MOTION TO VACATE DEFAULT ORDERS; PLAINTIFFS MOTION FOR DEFAULT JUDGMENT</u>

    If it would please the Court, the Plaintiff moves this Court for default judgment and states the following in support thereof:

## BACKGROUD

The Plaintiff was falsely accused of assaulting the defendant (Kinyana Murdock) and as a result arrested and prosecuted until the action ended in Plaintiff favor. The Plaintiff apparently angered the defendant (Kinyana Murdock) by leaving after waiting for 45 minutes for a party that never showed up for a "meeting". The defendant (Chicago Police) were then summoned by co-defendant(Kinyana Murdock) who showed up to the Plaintiff residence later on to arrest him without probable cause in violation of due process.

<u>PLAINTIFFS' OBJECTION TO THE COURTS' ORDER GRANTING DEFENDANTS' UNTIMELY 3/8/2016 MOTION TO VACATE DEFAULT ORDERS</u>

Plaintiff strongly objects to this Court granting a motion to a party that didn't even receive service officially and yet showed up at the 3/8/2016 status hearing. None of the parties either filed an appearance nor any responses with service first being made to the defendant (Chicago Housing Authority) as of 11/18/2015 as the record shows. The defendants (Chicago Police & Kinyana Murdock) are aware of the pending suit despite the record showing non-service with one (Chicago Police) showing up for status on (3/8/2016). The defendants have not taken the Plaintiff as a party seriously expecting the prosecution to be defeated due to the voluminous rules and statutes that can trip up an unlearned litigant, however it is this Courts' job to protect the integrity of the legal profession by not allowing the defendants to shamelessly exploit the Plaintiffs' inexperience. The summons from the sheriff clearly indicates the penalty for untimely response and this was clearly ignored by the defendant (Chicago Housing Authority) and it is unfair to grant said motion when it took more than three months past the service date 11/18/2015

before anyone (whether they were served or not) of the defendants responded. At the very least the defendants as litigant should have to explain what took so long for trained professionals to procure a response in this Court which would be reasonable considering the circumstances.

## MOTION FOR DEFAULT JUDGMENT

The defendant have not responded or filed a timely appearance as the record shows. Defendants(Chicago Housing Authority) were properly served on 11/18/2015 and are clearly in default yet it was the defendant (Chicago Police Department) who hasn't been officially served showing up at the last status hearing in a ploy to mix up and confuse the Plaintiffs' prosecution. The Plaintiff attaches the actions of the defendant-employee (Kinyana Murdock) to that of the defendant –employer (Chicago Housing Authority) by and through the doctrine of Respondiat Superior. The Plaintiff therefore moves the court to rule in favor of finding the defendants' (who have not denied the Plaintiffs' claims nor filed any timely appearances or responses) to be in default for the reasons stated above.

WHEREFORE THE PLAINTIFF PRAYS THAT THIS COURT GRANTS HIS MOTION FOR DEFENDANTS TO BE IN DEFAULT JUDGMENT;

1. To prevent the defendants from retaliating against the Plaintiff resulting from said suit.
2. To grant the initial monetary judgment for emotional, mental, psychological, etc. damages and distress.
3. To grant any remedy or other orders that it deems appropriate.

Plaintiff further sayeth not,

_Lyonal Lewis Bey_
Lyonal Lewis Bey

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

COUNTY DEPARTMENT, CHANCERY DIVISION

| | | |
|---|---|---|
| Lyonal Lewis Bey | ) | |
| Plaintiff | ) | |
| V. | ) | Case No. 15 CH 16402 |
| | ) | |
| CHICAGO HOUSING | ) | |
| AUTHORITY ET AL, | ) | |
| Defendants. | ) | |

<u>MEMORANDUM IN SUPPORT OF 3/8/2016 MOTION TO CORRECT PARTY NAME (FROM VIVIAN MURDOCK TO KINYANA MURDOCK)-MOTION FOR INJUNCTIVE RELIEF; PLAINTIFFS' 4/1/2016 OBJECTION TO THE COURTS ORDER GRANTING DEFENDANTS' UNTIMELY 3/8/2016 MOTION TO VACATE DEFAULT ORDERS; PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT</u>

Plaintiff presents this MEMORANDUM IN SUPPORT OF 3/8/2016 MOTION TO CORRECT PARTY NAME (FROM VIVIAN MURDOCK TO KINYANA MURDOCK)-MOTION FOR INJUNCTIVE RELIEF; PLAINTIFFS' 4/1/2016 OBJECTION TO THE COURTS ORDER GRANTING DEFENDANTS' UNTIMELY 3/8/2016 MOTION TO VACATE DEFAULT ORDERS; PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT stating the following in support thereof:

Quoting the 3/8/2016 motion "Motion to correct party (One of the defendants') name from Vivian Murdock to Kinyana Murdock. Motion for injunctive relief against the defendants for harassment against the Plaintiff. The defendants are abusing their managerial authority to retaliate against the Plaintiff for suing."

The Plaintiff accepts for value all of the pleadings of the defendants upon proof that none of them are in violation of the rules requiring proper and timely appearance and responses filed by litigants once they have been properly served. If nothing else the integrity of the Court is at stake if the defendants' can thumb their noses at the authority of the court with impunity after being served properly by the Cook county Sheriff on 11/18/2016 and not responding until after three whole months later well beyond the statutory limits.

Sincerely,

*/s/ Lyonal Lewis Bey*

Lyonal Lewis Bey

(D.W.P. Order) (This form replaces CCL 500, CCCH 11 & CCMD 0622) CCG N619-50M-3/10/05 ( )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Chancery DIVISION/ First DISTRICT

Lyonal Lewis-Bey, Plaintiff

v.

Chicago Housing Authority, et al., Defendants

No. 15 CH 16902

## DISMISSAL FOR WANT OF PROSECUTION ORDER

This cause coming to be heard for ☐ pretrial ☐ trial ☒ status ☐ case management:

IT IS HEREBY ORDERED that this cause be and the same is hereby dismissed for want of prosecution.

ENTERED
JUDGE SOPHIA H. HALL - 01621
APR 01 2016
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

(Please print.)
Preparing Atty's No.: 90909
Preparing Atty's Name: Marshall K Martin
Preparing Atty's Firm: City of Chicago, Corp. Counsel's Office
Atty. for: City of Chicago
Address: 30 N LaSalle St. Ste 900
City/State/Zip: Chicago, IL 60602
Telephone: 312-742-0305

ENTERED:
Dated:
Judge / Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COURT FILE