ILND 450 (Rev. 10/13) Judgment in a Civil Action

**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

Lyonal Lewis Bey,

Plaintiff(s),

v.

Kinyana Murdock, et al,

Defendant(s).

Case No.  16 C 5777
Judge Harry D. Leinenweber

**JUDGMENT IN A CIVIL CASE**

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $      ,

        which ☐ includes    pre–judgment interest.
                ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐    in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒    other: Plaintiff's Application for leave to proceed in forma pauperis is denied. The cause is
dismissed.

---

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Harry D. Leinenweber on a motion

Date:  6/28/2016                    Thomas G. Bruton, Clerk of Court

                                         Wanda Parker , Deputy Clerk